UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00381-RJC

| | |
|---|---|
| KEILA VIRGINIA CASTILLO, </br>  Plaintiff, </br>    vs. </br> </br> NANCY A. BERRYHILL, </br> Acting Commissioner of </br> Social Security, </br> </br>    Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

ORDER

**THIS MATTER** is before the Court on Defendant's "Notice Regarding Scheduling Order," (Doc. No. 11). Plaintiff filed her complaint seeking review of an unfavorable decision on her application of disability, disability insurance benefits, and supplemental security income *pro se* on July 3, 2017. (Doc. No. 1). On September 12, 2017, the Court issued a Scheduling Order, requiring Plaintiff to submit her Motion for Summary Judgment and brief in support on November 10, 2018. Plaintiff has yet to do so. As such, Plaintiff is hereby **ORDERED** to submit her Motion for Summary Judgment by **July 20, 2018**. Failure to do so will result in the dismissal of this case pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

Signed: July 11, 2018

Robert J. Conrad, Jr.
United States District Judge