UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00381-RJC

| | |
|---|---|
| KEILA VIRGINIA CAST,            ) | |
| )  | |
| Plaintiff,              ) | |
| )  | |
| vs.                ) | ORDER |
| )  | |
| NANCY A. BERRYHILL,         ) | |
| Acting Commissioner of       ) | |
| Social Security,            ) | |
| )  | |
| Defendant.             ) | |
| _____ ) | |

**THIS MATTER** is before the Court on its July 11, 2018, Order mandating Plaintiff to file her Motion for Summary Judgement. (Doc. No. 12). Plaintiff filed her complaint seeking review of an unfavorable decision on her application of disability, disability insurance benefits, and supplemental security income *pro se* on July 3, 2017. (Doc. No. 1). On September 12, 2017, the Court issued a Scheduling Order, requiring Plaintiff to submit her Motion for Summary Judgment and brief in support on November 10, 2018. Plaintiff failed to do so.

In its July Order, the Court gave Plaintiff until July 20, 2018, to submit her Motion for Summary Judgment. (Doc. No. 12). The Court warned that failure to do so would result in the dismissal of her case pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute. (Id.). Plaintiff's deadline has come and gone.

1

**IT IS, THEREFORE, ORDERED** that Plaintiff's Pro Se Complaint, (Doc. No. 1), is **DISMISSED** for failure to prosecute. The Clerk of Court is directed to close this case.

Signed: August 7, 2018

Robert J. Conrad, Jr.
United States District Judge